M. P. No. 77-102. PHYLLIS JUNE VLASATY *v.* STATE BOARD OF ELECTIONS *et al.* The order of April 11, 1977 in this case is vacated.

The petitioner is ordered to file an amended petition setting forth the names of all proper parties forthwith. Bevilacqua,

C. J., not participating. *Richard P. D'Addario,* for petitioner. *Julius C. Michaelson,* Attorney General, *Allen P. Rubine,* Special Asst. Attorney General, *Stephen F. Achille,* for respondents.